**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JERRY LEE JACKSON,
     Plaintiff,

vs.                                    Case No. 5:06cv88/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
     Defendant.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 1, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

     **DONE AND ORDERED** this 8th day of June, 2007.


                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS
                                           UNITED STATES DISTRICT JUDGE**